COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH 

NO. 2-03-202-
CV

IN RE RONALD PAUL MCNEEL RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM
 
OPINION
(footnote: 1)
------------

The court has considered relator's petition for writ of mandamus 
and is of the opinion that relief should be denied.  Accordingly, relator's petition for writ of mandamus is denied.

PER CURIAM

PANEL A
: HOLMAN, J.; CAYCE, C.J.; and GARDNER, J.

DELIVERED: July 28, 2003 

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4
.